UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMY BIEKER,

        Plaintiff,

v.

GEICO ADVANTAGE INSURANCE COMPANY, a foreign insurer,

        Defendant.

C21-386 TSZ

MINUTE ORDER DESIGNATING CASE FOR MEDIATION

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court finds this case is appropriate for mediation under Local Civil Rule 39.1. The parties are directed to conduct mediation upon completion of discovery as hereinafter provided.

(2) A settlement conference pursuant to Local Civil Rule 39.1(c)(2) must be completed by February 15, 2022. Mediation shall be completed no later than March 17, 2022, and a letter of compliance shall be filed with the Court no later than March 24, 2022.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 26th day of May, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER DESIGNATING
CASE FOR MEDIATION - 1